IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RANDALL LAMONT ROLLE,**

    **Plaintiff,**

v.    Case No.  4:14cv676-MW/CAS

**SAM BRUCE, RANDY FRAZEY,
BRYAN PEARSON, MIKE RAGAN,
MARTY WEST, MIKE WOMBLE,
and the U.S. MARSHALS SERVICE,**

    **Defendants.**

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.10, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 11.   Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) because it is barred by res judicata and the statute of limitations.  Plaintiff's motion for declaratory

judgment, ECF No. 3, and the motion for preliminary injunction, ECF No. 4, are also **DENIED**."    The Clerk shall close the file.

    **SO ORDERED on January 7, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
